UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MEGAN BROUSSARD** | **CIVIL CASE NO. 2:24-CV-01168** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MATTHEWS AND SON FUNERAL HOME LLC, ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 37] of the Magistrate Judge, recommending that plaintiff Megan Broussard's MOTION FOR DEFAULT JUDGMENT [Doc. 21] be denied as moot, defendants Matthews and Son Funeral Home and Sheryl Portie's (collectively, the "Moving Defendants") MOTION TO SET ASIDE ENTRY OF DEFAULT AND FILE ANSWER OUT OF TIME [Doc. 26] be granted, the Moving Defendants' MOTION FOR LEAVE TO FILE SUR-REPLY [Doc. 30] be granted, Moving Defendants' MOTION FOR ORAL ARGUMENT [Doc.35] be denied as moot, and that an award be entered against the Moving Defendants in favor of Plaintiff to reimburse her for reasonable attorneys' fees incurred for specific tasks relating to this matter.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED**:

The MOTION FOR DEFAULT JUDGMENT [Doc. 21] is **DENIED AS MOOT**;

The MOTION TO SET ASIDE ENTRY OF DEFAULT AND FILE ANSWER OUT OF TIME [Doc. 26] is **GRANTED**, and Moving Defendants shall file an answer to Plaintiff's COMPLAINT within fourteen (14) days of this Order;

The MOTION FOR LEAVE TO FILE SUR-REPLY [Doc. 30] is **GRANTED**; and

The MOTION FOR ORAL ARGUMENT [Doc. 35] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that an award of reasonable attorneys' fees is granted in favor of Plaintiff against Moving Defendants to reimburse Plaintiff the fees incurred for the following specific tasks relating to these matters: "(1) October 21, 2024 letter from Plaintiff's counsel to Defendants warning of risk of default for failure to answer [doc. 13, Ex. D]; (2) November 15, 2024 Plaintiff motion for clerk default; (3) December 11, 2024 email to Portie warning of default [doc. 21, Ex. A]; (4) December 13, 2024 Plaintiff motion for default judgment; . . . (5) the [ ] response to Defendants' doc. 26 combined filing"; [doc. 29, p. 6] and (6) Plaintiff's opposition to Moving Defendants' MOTION FOR LEAVE TO FILE SUR-REPLY [Doc. 34]. In this regard, Plaintiff shall file a sworn statement of the amounts so incurred, including adequate supporting documentation evidencing the attorney(s) who performed the work, an adequate description of the work performed, the rates charged by such attorney(s), and the time spent performing the work, within fourteen (14) days of this Order, and Moving Defendants shall have ten (10) days after the filing of the sworn statement to file any traversal of or objection thereto.

**THUS, DONE AND SIGNED** in Chambers on this 30th day of September, 2025.

_____

**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**