UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MEGAN BROUSSARD** | **CIVIL CASE NO. 2:24-CV-01168** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MATTHEWS & SON FUNERAL HOME ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

### JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 38] of the Magistrate Judge, recommending that defendant Justin Lee's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [Doc. 11] be granted.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the MOTION TO DISMISS [Doc. 11] be **GRANTED**, and that the claims for race discrimination under 42 U.S.C. § 1981 and conspiracy to violate same under 42 U.S.C. § 1985 against defendant Justin Lee be **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED, however, that plaintiff is permitted to file an amended pleading within fourteen (14) days of this Order to attempt to remedy the pleading deficiencies described herein.

THUS DONE AND SIGNED in Chambers on this 16th day of October, 2025.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**